

## NUMBER 13-19-00256-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MARKUS ARMANDO HERRERA, **Appellant,**

**V.**

THE STATE OF TEXAS, **Appellee.**

**On Appeal from the 445th District Court
of Cameron County, Texas.**

## ORDER ABATING APPEAL

**Before Justices Benavides, Hinojosa, and Perkes
Order Per Curiam**

This cause is before the Court because the clerk's record has not been filed. On June 28, 2019, the Clerk of this Court notified appellant's counsel that the clerk's record was due on July 1, 2019, and that the district clerk, Nereyda Arredondo, had notified this Court that appellant failed to make payment arrangements for preparation of the clerk's record. Appellant was advised that, if the defect was not corrected within ten days from

the date of receipt of this notice, the matter would be referred to the Court for appropriate action. *See* TEX. R. APP. P. 37.3(a)(2). Counsel has failed to file a response and the clerk's record has not been filed.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id.* Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal; (2) whether his present attorney will diligently pursue the appeal; (3) if it be determined that the present attorney will not diligently pursue the appeal, whether appellant is indigent, and if so, whether other counsel should be appointed to represent him; (4) if appellant is not indigent and the present attorney will not diligently pursue the appeal, what steps need to be taken to ensure that appellant will promptly obtain the services of another attorney to pursue the appeal; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from

the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
23rd day of July, 2019.